QUINN EMANUEL URQUHART & SULLIVAN, LLP
  James D. Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 845-6600
Facsimile:     (415) 875-6700

  Avi Perry (*pro hac vice*)
  aviperry@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone:     (202) 538-8000
Facsimile:     (202) 538-8100

  Darice Xue  (Bar No. 353685)
  daricexue@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INVESTMENT INC., WORLD EDUCATION ASSOCIATION, INC., IRENE CHAN, LISHAN ZHANG, <br><br> Plaintiffs, <br><br> v. <br><br> QIZHONG HU, PATTEN HOLDING LLC, PATTEN UNIVERSITY, LLC, JPMORGAN CHASE BANK, N.A., ANDREW BABES, JINGLING LI, WILLIAM SAWYER, SCOTT ETHAN VICTOR, and DOES 1-25, inclusive. <br><br> Defendants. | CASE NO.  3:25-cv-05396-LB <br><br> **PLAINTIFFS' RESPONSIVE NOTICE REGARDING GUIZHONG TAN DEPOSITION** |

Plaintiffs respectfully submit the following response to Defendant Qizhong Hu's ("QZ")

Notice of Completion of Deposition of Guizhong Tan (Dkt. 113).

12509-00001/17766443.1

The individual who appeared for deposition on January 29, 2026 is named Jian Tan (and purportedly changed his first name to "Guizhong" at some point prior to 2021). He is the husband of Defendant Jingling Li and step-father of QZ.[1] Mr. Tan was unable to answer basic questions regarding documents he purportedly signed or his purported involvement with WEAI, including: not knowing WEAI's business address, not knowing WEAI's email address, not knowing WEAI's phone number, not knowing whether WEAI has any other employees or officers, not knowing the number of students enrolled with WEAI, not knowing who owns WEAI, and not knowing WEAI's purported corporate parent (among many, many other topics). These and other admissions by Mr. Tan confirm that the "Declaration of Guizhong Tan" (Dkt. 43-3) submitted in support of Defendants' Motion to Dismiss is fraudulent.

Plaintiffs will be moving for sanctions after they receive the final transcript.

Respectfully submitted,

DATED: February 3, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP
/s/ *James D. Judah*
James D. Judah (SBN 257112)
50 California Street, 22nd Floor
San Francisco, California 94111
jamesjudah@quinnemanuel.com
Telephone: (415) 875-6420

*Attorneys for Plaintiffs Bluestone Investment Inc., World Education Association, Inc., Lishan Zhang, and Irene Chan*

---

[1] Mr. Tan confirmed that Jingling Li is QZ's mother, contradicting Defendants' RFA responses and Answer. *See*, *e.g.*, Dkt. 1 (Complaint) at ¶ 13 ("13. On information and belief, Defendant Jingling Li ('Li'), also known as Lingling Hagus, is an individual residing in San Ramon, California, **and is QZ's mother.**") (emphasis added); Dkt. 78 (Answer) at ¶ 13 ("**Defendants admit Li the relative of QZ. Defendants deny the remaining allegations in Paragraph 13**.") (emphasis added).

12509-00001/17766443.1