WILLIAM G. STRIPP, State Bar No. 154468
1987 Leghorn Street, Suite 100
Mountain View, California 94043
e-mail: willstripp@willstripp.com
Tel: 505-783-4138
Fax: 505-783-4139
Defendant Quizhong Hu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUESTONE INVESTMENT INC.; WORLD EDUCATION ASSOCIATION, INC.; IRENE CHAN; LISHAN ZHANG,<br><br>Plaintiffs,<br><br>vs.<br><br>QIZHONG HU; PATTEN HOLDING, LLC; JINGLING LI,<br>Defendants. | Case No. 3:25-CV-05396-LB<br><br>Hon. Laurel Beeler<br><br>**MOTION TO RESET DISCOVERY HEARING**<br><br>Hearing Date: N.A.<br>Hearing Time: N.A.<br><br>Courtroom: B 15th Floor<br>Address: Phillip Burton Federal Building<br>Courtroom B, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

## <u>UNOPPOSED MOTION TO RESET DISCOVERY HEARING</u>

NOW ENTERING COURT is William G. Stripp, Attorney at Law, attorney for Defendants, who files this Unopposed Motion to Continue or Reset the Discovery Hearing currently set for February 12, 2026 at 9:30 a.m. and as good cause for the Motion states Defendant's counsel is currently set for a four day jury trial beginning on February 10, 2026 and going through February 13, 2026 in Gallup, New Mexico in <u>State of New Mexico v. Tewelde Cheay Ghebreyoyanes</u>, D-1113-CR-202300318. The case is first on State District Judge's trial calendar for those dates.

WHEREFORE Defendant's counsel requests that the hearing be reset for the following week or as soon thereafter that the Discovery hearing can be held.

MOTION TO RESET DISCOVERY HEARING

Counsel for Plaintiffs and Defendants discussed this matter during the meet and confer on February 5, 2026. Plaintiffs' counsel stated that he did not oppose resetting the hearing, but would like the hearing to be held as soon as possible.

DATED: February 6, 2026

Respectfully submitted,
*/s/ William G. Stripp*
**WILLIAM G. STRIPP**
**Attorney at Law**
1987 Leghorn Street, Suite 100
Mountain View, California 94043
e-mail: willstripp@willstripp.com
Tel: 505-783-4138
Fax: 505-783-4139



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Laurel Beeler
Date: 2/9/2026

The Discovery Hearing is reset for 2/19/2026 at 9:30 a.m.

MOTION TO RESET DISCOVERY HEARING page 2