UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BLUESTONE INVESTMENT INC., et al., | Case No. 25-cv-05396-LB |
| Plaintiffs, | |
| v. | **ORDER ADDRESSING DISCOVERY LETTER BRIEF AND DENYING MOTION TO DISMISS** |
| QIZHONG HU, et al., | Re: ECF Nos. 110, 115 |
| Defendants. | |

There are two pending issues before the court: (1) the defendants' motion to dismiss based on the plaintiffs' using one of the plaintiff's American names, Irene Chan, in the case caption when her Chinese name is Yuting Chen and (2) a joint letter brief in which the plaintiffs seek the defendants' agreement to their proposed forensic protocol, (2) a deposition of Cheng Li (who represented that he is "the President, Chief Executive Officer and a director of [Plaintiff] Bluestone Investment Inc."), and (3) answers to discovery response (interrogatories 1–9 and requests for production 14, 18, 22, 40–43).[1]

The defendants did not file a reply for the motion to dismiss by the deadline on February 17, 2026. The court ordered the defendants to submit their reply by noon on February 18, 2026, and

---

[1] Mot. – ECF No. 110; Disc. Letter Br. – ECF No. 115; *see* Cheng Decl. – ECF No. 43-1 at 1 (¶ 1). Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 25-cv-05396-LB

they filed a two-page reply stating that they "stand by" the arguments in their motion and that did not engage with the plaintiffs' specific arguments.[2] The court held a hearing on these matters on February 19, 2026.

The motion to dismiss is denied. Even if the defendants' failure to meaningfully engage with the plaintiffs' arguments were not a concession of those arguments, the court would deny the motion. The complaint identifies the plaintiff by both her American and Chinese names, and there is no doubt about her identity.[3] *See* 5A Wright & Miller's Federal Practice & Procedure § 1321 (4th ed. 2025) ("[T]he caption is not determinative as to the identity of the parties to the action, the district court's personal jurisdiction over the defendant, or its subject matter jurisdiction over the claims[.]").

As the court previously stated, "there is no reason there can't be a forensic protocol or a deposition date for Cheng Li," and nothing argued at the hearing changed that.[4] The parties will use the plaintiffs' proposed forensic protocol that they filed on January 26, 2026.[5] The deposition of Cheng Li will take place by March 3, 2026. The discovery responses (interrogatories 1–9 and requests for production 14, 18, 22, 40–43 and including the identification of devices) are due February 26, 2026.

This order resolves ECF Nos. 110 and 115.

**IT IS SO ORDERED.**

Dated: February 19, 2026

_____
LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California

---

[2] Order – ECF No. 122; Reply – ECF No. 123.

[3] Opp'n – ECF No. 118 at 4 (making this point); Compl. – ECF No. 1 at 3 (¶ 6) & n.1.

[4] Order – ECF No. 121.

[5] Forensic Protocol – ECF No. 109-1.