WILLIAM G. STRIPP, State Bar No. 154468
1987 Leghorn Street, Suite 100
Mountain View, California 94043
e-mail: willstripp@willstripp.com
Tel: 505-783-4138
Fax: 505-783-4139
Defendant Quizhong Hu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUESTONE INVESTMENT INC.; WORLD EDUCATION ASSOCIATION, INC.; IRENE CHAN; LISHAN ZHANG,<br><br>               Plaintiffs,<br><br>  vs.<br><br>QIZHONG HU; PATTEN HOLDING, LLC; JINGLING LI,<br>               Defendants. | Case No. 3:25-CV-05396-LB<br><br>Hon. Laurel Beeler<br><br>**NOTICE REGARDING CHENG LI DEPOSITION**<br><br>Hearing Date: N.A.<br>Hearing Time: N.A.<br><br>Courtroom: B 15th Floor<br>Address: Phillip Burton Federal Building<br>         Courtroom B, 15th Floor<br>         450 Golden Gate Avenue<br>         San Francisco, CA 94102 |

<u>**NOTICE REGARDING CHENG LI DEPOSITION**</u>

NOW ENTERING COURT is William G. Stripp, Attorney at Law, attorney for Defendants, who files this Notice Regarding the proposed deposition of Cheng Li. The Court's <u>Order Addressing Discovery Letter Brief and Denying Motion to Dismiss</u> filed on 2/20/26 (Document 125) includes the directive: "The deposition of Cheng Li will take place by March 3, 2026." The Order includes the language "Cheng Li (who represented that he is "the President, Chief Executive Officer and a director of [Plaintiff] Bluestone Investment Inc.")." Bluestone Investment, Inc. is a named Plaintiff, not a named Defendant, in this matter.

Plaintiffs' counsel is apparently taking the position that Defendants need to produce an individual, who is not a named Defendant, for a deposition that Plaintiffs wish to conduct.

NOTICE REGARDING CHENG LI DEPOSITION

After investigating the matter, it appears that Cheng Li ended any association he may have had with Plaintiff Bluestone Investment, Inc. in December 2024. If Defendants wanted to conduct a deposition of Cheng Li, then Defendants would need to locate Cheng Li, serve him with a deposition subpoena, and give him the opportunity to retain counsel and provide any appropriate objections to any proposed deposition. Defendants have no intention at this time of conducting a deposition of Cheng Li. Counsel for Defendants has not located Cheng Li and has not served him with a deposition subpoena.

Counsel for Plaintiffs wants to conduct a deposition of Cheng Li. If counsel for Plaintiffs schedules a deposition of Cheng Li and properly serves him with a deposition subpoena, then counsel for Defendants intends to attend any such deposition. Counsel for Defendants has not received any notice from counsel for Plaintiffs that they have located Cheng Li and served him with a deposition subpoena for a deposition to be scheduled by March 3, 2026.

DATED: March 2, 2026

Respectfully submitted,

*/s/ William G. Stripp*
**WILLIAM G. STRIPP**
**Attorney at Law**
1987 Leghorn Street, Suite 100
Mountain View, California 94043
e-mail: willstripp@willstripp.com
Tel: 505-783-4138
Fax: 505-783-4139