

Nixon Peabody LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

**Aaron Brian**
Counsel

T / 213.629.6033
F / 855.515.9456.
abrian@nixonpeabody.com

**_VIA ECF and HAND DELIVERY_**

June 11, 2026

The Honorable Laurel Beeler
San Francisco Courthouse, Courtroom B – 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:    *Bluestone Investment Inc. v. Hu, et al.,* USDC Case No. 25-cv-05396

Dear Judge Beeler,

Pursuant to Your June 4, 2026, Order (Dkt. 159), non-party Nixon Peabody is lodging, by hand delivery, a set of documents for an *in camera* review. After removing duplicates and early iterations of email chains, a total of six (6) documents are being lodged for review. The lodged materials consist of five (5) email chains, and a single attachment to one of the five email chains. The potentially privileged material in each document is marked with yellow highlighting.

A copy of this cover letter is being sent to counsel of record via the court's ecf system.

Respectfully yours,

Aaron M. Brian
ab/hlg

Encl. (hand delivery only)

cc:    James Judah, Esq. (via ecf, without enclosures)
       William Stripp, Esq. (via ecf, without enclosures)